IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM ISAAC,

      Plaintiff,                        No. CIV S-04-1707 KJM

   vs.

MORGAN STANLEY DW, INC., et al.,

      Defendants.                <u>ORDER</u>

                            /

        A status conference was held in this matter on April 27, 2005 before the undersigned. William Torngren appeared for plaintiff. Kenneth Mennemeier appeared for defendant Morgan Stanley. No appearance was made for third party defendant Isaac, proceeding in propria persona. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The parties shall proceed with discovery as described in the plan set forth in Part 7(b) of the joint status report filed April 20, 2005.

        2. A further joint status report shall be filed no later than May 31, 2005 advising the court of the status of the case. If the parties have determined by May 31st that mediation or further settlement discussions are appropriate at this time, the joint status report shall propose a period of time for completion of such discussions. If the parties have determined that mediation

1

1  or further settlement discussions are not appropriate at this time, the joint status report shall
2  propose dates for litigation of this matter, as required by Local Rule 16-240(a)(9).
3  DATED:   April 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
isaac.oas