|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM ISAAC,

     Plaintiff,                          No. CIV S-04-1707 KJM

     vs.

MORGAN STANLEY DW, INC., et al.,

     Defendants.                      <u>ORDER</u>

_____/

     Presently calendared for hearing on June 29, 2005 is defendant's motion for summary judgment and plaintiff's motion to compel arbitration. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Hearing on defendant's motion for summary judgment is dropped from the June 29, 2005 calendar. Pending resolution of plaintiff's motion to compel arbitration, no further briefing on the motion for summary judgment shall be filed at this time. The matter will be reset for hearing as necessary.

/////

/////

/////

/////

1

2. The motion to compel arbitration shall remain on calendar.

DATED: June 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
isaac.dro

2